█ LORILLARD TOBACCO COMPANY et al., Appellants, v ARTHUR J. ROTH, as Commissioner of Taxation and Finance, et al., Respondents. [738 NYS2d 913] —Appeal from an order of Supreme Court, Monroe County (Affronti, J.), entered May 2, 2001, which denied plaintiffs' motion for partial summary judgment and granted defendants' cross motion for summary judgment.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Affronti, J. Present—Green, J.P., Scudder, Kehoe, Burns and Gorski, JJ.

█ In the Matter of JAMES H. and Another, Infants. NIAGARA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; JACQUELINE H., Appellant, et al., Respondent. [739 NYS2d 326] —Appeal from an order of Family Court, Niagara County (Batt, J.), entered June 5, 2001, which adjudged that reasonable efforts are not required to be made to reunify the parents with the children and directed petitioner to file a petition for a permanency hearing.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Family Court, Niagara County, Batt, J. Present—Green, J.P., Scudder, Kehoe, Burns and Gorski, JJ.